Jamie L. SHERWIN, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (BRADFORD DIMENSION PRODUCTS and Alexsis/RSK Co.), Respondent.

Supreme Court of Pennsylvania.

Oct. 22, 2003.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of October 2003, the Petition for Allowance of Appeal is GRANTED. The decision of the Commonwealth Court is VACATED and this matter is REMANDED to the Workers' Compensation Judge for issuance of an amended decision pursuant to this Court's decision in *Daniels v. Workers' Compensation Appeal Board (Tristate Transport),* 828 A.2d 1043 (Pa.2003).